THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EUGENE H. WESTPHAL, Defendant-Appellant.

(No. 71-22;

Second District—September 17, 1971.

Opinion by Mr. JUSTICE SEIDENFELD.

E. Roger Horsky, of Illinois Defender Project, of Elgin, for appellant.

William B. Petty, State's Attorney, of Mt. Carroll, for the People.